Official Form 5 (10/06)

| United States Bankruptcy Court<br><br>__CENTRAL_____ District of __CALIFORNIA_____ | **INVOLUNTARY PETITION** |
|---|---|
| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>SOLIDUS NETWORKS, INC., a Delaware Corporation | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br><br>dba PAYBYTOUCH.COM |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (If more than one, state all.):<br>01-0726628 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>600 Corporate Pointe #1170<br>Culver City, CA 90230<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br><br>Los Angeles                            ZIP CODE 90230 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br><br>ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

**CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED**

☐ Chapter 7    ☒ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☒ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☒ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other |
|---|---|---|
| **VENUE**<br><br>☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | **FILING FEE** (Check one box)<br><br>☒ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* | |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>None Known | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| **ALLEGATIONS**<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

Official Form 5 (10/06) – Cont.                                  Name of Debtor
                                                                 Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
|---|---|
| x_____<br>Signature of Petitioner or Representative (State title)<br>__Laura Schoep Lee_____10-31-07__<br>Name of Petitioner         Date Signed<br><br>Name & Mailing<br>Address of Individual         Laura Schoep Lee<br>Signing in Representative<br>Capacity                     999 16th St., #1<br>                  San Francisco, CA 94107 | x_____10-31-07<br>Signature of Attorney              Date<br>_Law Offices of Yaspan & Thau_<br>Name of Attorney Firm (If any)<br>_21700 Oxnard St., Suite 1750_<br>Address<br>_Woodland Hills, CA 91367_<br>Telephone No.<br>(818) 905-7711 |
| x_____<br>Signature of Petitioner or Representative (State title)<br>__James C. Lee_____10-31-07__<br>Name of Petitioner         Date Signed<br><br>Name & Mailing<br>Address of Individual         James C. Lee<br>Signing in Representative<br>Capacity                     999 16th St., #1<br>                  San Francisco, CA 94107 | x_____10-31-07<br>Signature of Attorney              Date<br>_Law Offices of Yaspan & Thau_<br>Name of Attorney Firm (If any)<br>_21700 Oxnard St., Suite 1750_<br>Address<br>_Woodland Hills, CA 91367_<br>Telephone No.<br>(818) 905-7711 |
| x_____<br>Signature of Petitioner or Representative (State title)<br>__Gregg Eyman_____10-31-07__<br>Name of Petitioner         Date Signed<br><br>Name & Mailing<br>Address of Individual         Gregg Eyman<br>Signing in Representative<br>Capacity                    _14339 Golf View_<br>              Eden Prairie, MN, 55346 | x_____10-31-07<br>Signature of Attorney              Date<br>_Law Offices of Yaspan & Thau_<br>Name of Attorney Firm (If any)<br>21700 Oxnard Street, Suite 1750<br>Address<br>_Woodland Hills, CA 91367_<br>Telephone No.<br>(818) 905-7711 |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>Laura Schoep Lee 999 16th St., #1<br>San Francisco, CA 94107 | Nature of Claim<br>Wages; Priority<br>and General Unsecured | Amount of Claim<br>$8,136* |
| Name and Address of Petitioner<br>James C. Lee 999 16th St., #1<br>San Francisco, CA 94107 | Nature of Claim<br>Wages; Priority<br>and General Unsecured | Amount of Claim<br>$17,972* |
| Name and Address of Petitioner<br>Gregg Eyman, 14339 Golf View Drive,<br>Eden Prairie, MN 55346 | Nature of Claim<br>Wages; Priority<br>and General Unsecured | Amount of Claim<br>$19,250* |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners'<br>Claims   $45,358 |

_____ continuation sheets attached

*Claim is at least this amount.

Official Form 5 (10/06) – Cont.                                    Name of Debtor
                                                                    Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title): Director, Training | Signature of Attorney: 10-31-07 |
|---|---|
| Name of Petitioner: Laura Schoep Lee    Date Signed: 10-31-07 | Name of Attorney Firm: Law Offices of Yaspan & Thau |
| Name & Mailing Address of Individual Signing in Representative Capacity: Laura Schoep Lee, 999 16th St., #1, San Francisco, CA 94107 | Address: 21700 Oxnard St., Suite 1750, Woodland Hills, CA 91367    Telephone No. (818) 905-7711 |
| Signature of Petitioner or Representative (State title): VP, Sales Consulting | Signature of Attorney: 10-31-07 |
| Name of Petitioner: James C. Lee    Date Signed: 10-31-07 | Name of Attorney Firm: Law Offices of Yaspan & Thau |
| Name & Mailing Address of Individual Signing in Representative Capacity: James C. Lee, 999 16th St., #1, San Francisco, CA 94107 | Address: 21700 Oxnard St., Suite 1750, Woodland Hills, CA 91367    Telephone No. (818) 905-7711 |
| Signature of Petitioner or Representative (State title): | Signature of Attorney: 10-31-07 |
| Name of Petitioner: Gregg Eyman    Date Signed: 10-31-07 | Name of Attorney Firm: Law Offices of Yaspan & Thau |
| Name & Mailing Address of Individual Signing in Representative Capacity: Gregg Eyman, 14339 Golf View, Eden Prairie, MN 55346 | Address: 21700 Oxnard Street, Suite 1750, Woodland Hills, CA 91367    Telephone No. (818) 905-7711 |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Laura Schoep Lee, 999 16th St., #1, San Francisco, CA 94107 | Wages; Priority and General Unsecured | $8,136* |
| James C. Lee, 999 16th St., #1, San Francisco, CA 94107 | Wages; Priority and General Unsecured | $17,972* |
| Gregg Eyman, 14339 Golf View Drive, Eden Prairie, MN 55346 | Wages; Priority and General Unsecured | $19,250* |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | $45,358 |

___ continuation sheets attached

*Claim is at least this amount.

Official Form 5 (10/06) – Cont.    Name of Debtor
    Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |
| **REQUEST FOR RELIEF** |
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date: 10-31-07 |
|---|---|
| Laura Schoep Lee   10-31-07 | Law Offices of Yaspan & Thau |
| Name of Petitioner     Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Laura Schoep Lee, 999 16th St., #1, San Francisco, CA 94107 | Address: 21700 Oxnard St., Suite 1750, Woodland Hills, CA 91367 |
| | Telephone No. (818) 905-7711 |

| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date: 10-31-07 |
|---|---|
| James C. Lee   10-31-07 | Law Offices of Yaspan & Thau |
| Name of Petitioner     Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: James C. Lee, 999 16th St., #1, San Francisco, CA 94107 | Address: 21700 Oxnard St., Suite 1750, Woodland Hills, CA 91367 |
| | Telephone No. (818) 905-7711 |

| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date: 10-31-07 |
|---|---|
| Gregg Eyman   10-31-07 | Law Offices of Yaspan & Thau |
| Name of Petitioner     Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Gregg Eyman, 14339 Golf View, Eden Prairie, MN 55346 | Address: 21700 Oxnard Street, Suite 1750, Woodland Hills, CA 91367 |
| | Telephone No. (818) 905-7711 |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Laura Schoep Lee, 999 16th St., #1, San Francisco, CA 94107 | Wages; Priority and General Unsecured | $8,136* |
| James C. Lee, 999 16th St., #1, San Francisco, CA 94107 | Wages; Priority and General Unsecured | $17,972* |
| Gregg Eyman, 14339 Golf View Drive, Eden Prairie, MN 55346 | Wages; Priority and General Unsecured | $19,250* |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | $45,358 |

____ continuation sheets attached    (THIS PAGE)

*Claim is at least this amount.

Official Form 5 (10/06) – Cont.     Name of Debtor
                                    Case No.

### TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _(signed)_
Signature of Petitioner or Representative (State title)
Name of Petitioner: ROBERT VAN TUYL
Date Signed: _(blank)_

Name & Mailing Address of Individual Signing in Representative Capacity: 5307 Garces Ct. Dublin, CA 94568

x _Alan M Yaspan_
Signature of Attorney: YASPAN + THAU    Date: 10/31/07
21170 OXNARD ST #1750
Name of Attorney Firm (if any): WOODLAND HILLS CA 91367
Address
Telephone No.: 818-905-1711

x _____
Signature of Petitioner or Representative (State title)
Name of Petitioner ____ Date Signed ____
Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney   Date
Name of Attorney Firm (If any)
Address
Telephone No.

x _____
Signature of Petitioner or Representative (State title)
Name of Petitioner ____ Date Signed ____
Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney   Date
Name of Attorney Firm (If any)
Address
Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Robert Van Tuyl, 5307 Garces Ct., Dublin, CA 94568 | Wages, General + Priority Unsecured | $5,000 * |
| | | |
| | | |

Total Amount of Petitioners' Claims

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

continuation sheets attached

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Robert M. Yaspan, State Bar Number 51867<br>Law Offices of Yaspan & Thau<br>21700 Oxnard Street, Suite 1750<br>Woodland Hills, California 91367<br>Telephone No.: (818) 905-7711<br>Fax No.: (818) 501-7711 | |

*Attorney for Petitioner*

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

CASE NO.:

Debtor set forth here all names, including trade names, used by Debtor within last 6 years.

Solidus Networks, Inc., a Delaware Corporation

**SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN INVOLUNTARY BANKRUPTCY CASE**

Debtor.

To the above-named debtor(s):

Pursuant to 11 U.S.C. § 303, a petition was filed on 10/31/07 in this Bankruptcy Court, praying for the entry of an order for relief against you under chapter 11 of title 11 of the United States Code. A copy of the petition accompanies this summons.

If you wish to oppose the entry of an order for relief, you must file with the Clerk of this court an answer to the petition or a motion pursuant to Federal Rule of Bankruptcy Procedure 1011(c) within 20 days after service of this summons and the attached petition. At the same time, you must also serve a copy of the answer or motion on the petitioner's attorney (or on the petitioner, if the petitioner does not have an attorney) at the address indicated above. If you file a motion under Federal Rule of Bankruptcy Procedure 1011(c), your time to answer the petition will be governed by that rule.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE BANKRUPTCY COURT WILL ENTER AN ORDER FOR RELIEF IN ACCORDANCE WITH 11 U.S.C. § 303(h).**

A Status Conference in the involuntary case commenced by the petition has been set for:

Hearing Date:        Time:        Courtroom:            Floor:

☐ 255 East Temple Street, Los Angeles        ☐ 411 West Fourth Street, Santa Ana

☐ 21041 Burbank Boulevard, Woodland Hills    ☐ 1415 State Street, Santa Barbara

☐ 3420 Twelfth Street, Riverside

**Jon D. Ceretto, Clerk**

Dated: _____    By: _____
                                    *Deputy Clerk*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

May 2004                                                      **F 1010-1**

Summons and Notice of Status Conference in an Involuntary Bankruptcy Case - **F 1010-1**
*Page 2 of 2*

In re Solidus Network, Inc., a Delaware Corporation                    CASE NUMBER:

                                                                      Debtor.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF _____

1. I am employed in the County of _____, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:

2. ☐ **Regular Mail Service:** On _____, I served the foregoing Summons and Notice of Status Conference in an Involuntary Bankruptcy Case, together with the Petition commencing this case, on parties in interest at the following address(es) by placing true and correct copies thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at _____, California, addressed as set forth below.

3. ☐ **Personal Service:** On _____, personal service of the foregoing Summons and Notice of Status Conference in an Involuntary Bankruptcy Case, together with the Petition commencing this case, was made on parties in interest at the address(es) set forth below.

4. Parties in interest and address(es) upon which service was made:

☐ Names and Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:

_____          _____
*Typed Name*                              *Signature*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

May 2004                                                              **F 1010-1**