HENNIGAN, BENNETT & DORMAN LLP
BRUCE BENNETT (Cal. Bar No. 105430)
JAMES O. JOHNSTON (Cal. Bar No. 167330)
LANCE MILLER (Cal. Bar No. 241905)
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234

*Counsel for Debtor*
*Solidus Networks, Inc.*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re

SOLIDUS NETWORKS, INC.,

Debtor.

Case No. 07-20027-TD

CHAPTER 11

**DECLARATION OF KEVIN FLOYD REGARDING TELEPHONIC NOTICE UNDER LOCAL BANKRUPTCY RULE 9075-1(a)(5)**

I, KEVIN FLOYD, declare as follows:

1. I am a paralegal in the law firm Hennigan, Bennett & Dorman LLP. My office is located at 865 S. Figueroa Street, Suite 2900, Los Angeles, California 90017. I submit this declaration in accordance with Local Bankruptcy Rule 9075-1(a)(5) in connection with the Debtor's EMERGENCY MOTION FOR AN INTERIM ORDER (I) AUTHORIZING EMERGENCY FINANCING PURSUANT TO SECTIONS 303(f) AND 105(a) OF THE BANKRUPTCY CODE, (II) AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE, (III) PROVIDING ADEQUATE PROTECTION TO LENDERS PURSUANT TO SECTIONS 361 AND 363 OF THE BANKRUPTCY CODE, AND (IV) SCHEDULING A FINAL HEARING, filed on November 19, 2007.

2. On November 19, 2007, I contacted the following parties and notified each of them of the date, time and place of the hearing on the Motion, the substance of the Motion, that written objections to the Motion could be made up until the hearing and that the Court would hear verbal objections at the hearing:

    a. Robert M. Yaspan, Counsel to the Petitioning Creditors;

    b. Lee R. Bogdanoff, Counsel for Whorl, LLC;

    c. Patricia Beary, Office of the United States Trustee;

    d. Todd R. Becker, Bankruptcy Counsel to John Patrick Rogers;

    e. Tina M. Pivonka and Patrick L. Prindle, Attorneys for St. Cloud Capital Partners, L.P.;

    f. Daniel D. Gurfein and Timothy T. Brock, Attorneys for Merrick Bank Corporation;

    g. Penelope Parmes and Matthew W. Grimshaw, Attorneys for Biometric Payment Solutions;

    h. Steve Jensen, Attorney for Biometric Payment Solutions;

    i. Gilbert B. Weisman, Attorney for American Express Travel Related Svcs. Co.; and

    j. Charles Filardi, Attorney for Federal Express.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 19, 2007 within the United States.

_____
KEVIN FLOYD

-2-

641301.01