ROBERT M. YASPAN, SBN 51867
ADAM D. WIEDER, SBN 239369
LAW OFFICES OF YASPAN & THAU
21700 Oxnard Street, Suite 1750
Woodland Hills, California 91367
Telephone: (818) 905-7711
Facsimile: (818) 501-7711

Attorneys for Petitioning Creditors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re | ) Case No.: LA-07-20027-TD |
| | ) |
| SOLIDUS NETWORKS, INC., | ) Chapter 11 |
| | ) |
| Debtor. | ) FIRST SUPPLEMENTAL PETITION |
| | ) FOR INVOLUNTARY BANKRUPTCY |
| | ) (JOINDER OF ADDITIONAL PETITIONING |
| | ) CREDITORS) |
| | ) |

**TO THE HONORABLE THOMAS B. DONAVAN, UNITED STATES BANKRUPTCY JUDGE, AND INTERESTED PARTIES HEREIN:**

PLEASE TAKE NOTICE THAT the herein Petitioning Creditors hereby supplement the Involuntary Petition in the matter by adding two additional Petitioning Creditors.

DATED: November 29, 2007          LAW OFFICES OF YASPAN & THAU

                                  By: _____
                                      Robert M. Yaspan
                                      Attorneys for Petitioning Creditors

---

1
FIRST SUPPLEMENTAL TO PETITION FOR INVOLUNTARY BANKRUPTCY
(ADDITIONAL PETITIONING CREDITOR)

Form B5 (Official Form 5) Page 2 - (Rev. 10/06)                                    2006 USBC, Central District of California

| Involuntary Petition | Name of Debtor |
|---|---|

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X *Lacey Yvonne Edwards* (signed)
Signature of Petitioner or Representative (State Title)

Name of Petitioner: LACEY YVONNE Edwards    Date Signed: 11/29/07

Name & Mailing Address of Individual Signing in Representative Capacity: 1365 NE Oleander

X _____ Signature of Attorney    Date _____

Name of Attorney Firm (If any): _____

Address: _____

Telephone No.: _____

X _____
Signature of Petitioner or Representative (State Title)

Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____ Signature of Attorney    Date _____

Name of Attorney Firm (If any)

Address

Telephone No.

X _____
Signature of Petitioner or Representative (State Title)

Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____ Signature of Attorney    Date _____

Name of Attorney Firm (If any)

Address

Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| LACEY YVONNE Edwards<br>1365 NE Oleander Lane<br>Hillsboro, OR 97124 | PRIORITY UNSECURED | $5618.62 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ Continuation Sheets attached

| Involuntary Petition | Name of Debtor |
|---|---|

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _E/Wilson_
Signature of Petitioner or Representative (State Title)

_Erich Wilson_
Name of Petitioner       Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: 808 WILLOW GLEN WAY, SAN JOSE, CA 95125

X _____
Signature of Attorney    Date

Name of Attorney Firm (If any)
Address
Telephone No.

X _____
Signature of Petitioner or Representative (State Title)

Name of Petitioner       Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney    Date

Name of Attorney Firm (If any)
Address
Telephone No.

X _____
Signature of Petitioner or Representative (State Title)

Name of Petitioner       Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney    Date

Name of Attorney Firm (If any)
Address
Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Erich Wilson 808 Willow Glen Way San Jose, CA 95125 | Wages - Priority Unsecured | $10,000. |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ Continuation Sheets attached

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county aforesaid; I am over the age of 18 years and not a party to the within entitled action; my business address is: 21700 Oxnard Street, Suite 1750, Woodland Hills, California 91367.

On November 29, 2007, I served the foregoing document described as: FIRST SUPPLEMENTAL TO PETITION FOR INVOLUNTARY BANKRUPTCY (ADDITIONAL PETITIONING CREDITOR) on the interested parties in said action, by placing true copies thereof enclosed in sealed envelopes as follows:

## SEE ATTACHED SERVICE LIST

XX BY MAIL: As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Woodland Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

XX    (Federal) I declare that I am employed in the office of a member of the bar
of this Court at whose direction the service was made. (U.S. District
Court, Central District, Local Rule 5(b)(3))

Executed on November 29, 2007, at Woodland Hills, California.

Tatyana K. Menachian

## SERVICE LIST

In re Solidus Networks, Inc.
Chapter 11
Case No.: LA07-20027 TD

**Debtor**
Solidus Networks, Inc. dba
Pay By Touch.Com
600 Corporate Pointe, #1170
Culver City, CA 90230

**Counsel for OZ Master Fund, Ltd.
And Denarious Touch, LLC.**
Ben H. Logan, Esq.
Suzzanne Uhland, Esq.
Karen Rinehart, Esq.
O'MELVENY & MYERS, LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Phone: 213-430-6000
Fax: 213-430-6407

**Counsel for OZ Master Fund, Ltd.
And Denarious Touch, LLC.**
Martin J. Bienenstock, Esq.
Judy G.Z. Liu, Esq.
WEIL, GOTSHAL & MANAGES LLP
767 Fifth Ave
New York, NY 10153-0119
Phone: 212-310-8000
Fax: 212-310-8007

**Petitioning Creditor**
James C. Lee
Laura Schoep Lee
999 16th Street, Suite 1
San Francisco, CA 94107

**Petitioning Creditor**
Robert Van Tuyl
5307 Garces Street
Dublin, CA 94568

**Petitioning Creditor**
Gregg Eyman
14339 Golf View
Eden Praire, MN 55346

**Petitioning Creditor**
Erich Wilson
808 Willow Glen Way
San Jose, CA 95125

**Petitioning Creditor**
Lacey Yvonne Edwards
1365 NE Oleander Lane
Hillsboro, OR 97124

**Request for Special Notice**
**Co-Counsel for Plaintiff Special**
**Situations Master Fund Limited**
**and Plainfield West Investments LLC**
Mark Shinderman, Esq.
Mark Epstein, Esq.
Seth Goldman, Esq.
MUNGER, TOLLES & OLSON, LLP.
355 South Grand Ave., 35th Floor
Los Angeles, CA 90071-1560
Phone: 213-683-9100
Fax: 213-687-3702
Mark.Shinderman@mto.com

**Request for Special Notice**
**Co-Counsel for Plaintiff Special**
**Situations Master Fund Limited**
**and Plainfield West Investments LLC**
Bruce L. Silverstein, Esq.
Martin S. Lessner, Esq.
Michael R. Nestor, Esq.
Joseph M. Barry, Esq.
YOUNG CONAWAY STARGATT &
TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Phone: 302-571-6600
Fax: 302-571-1253
Email: bsilverstein@ycst.com

United States Trustee
Office of the United States Trustee
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017
Phone: 213-894-6811
Fax: 213-894-2603

**Request for Special Notice**
Tina M. Pivonka, Esq.
Patrick L. Prindle, Esq.
MULVANEY, KAHAN & BARRY
401 West A Street, 17th Floor
San Diego, CA 92101-7994
Phone: (619) 238-1010
Fax: 619-238-1981
Email: tinapivonka@mkblaw.com

**Request for Special Notice**
Daniel D. Gurfein, Esq.
Timothy T. Brock, Esq.
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, 11th Floor
New York, NY 10169
Tel 212-818-9200
Fax 212-818-9606
Email: dgurfein@ssbb.com
tbrock@ssbb.com

**Request for Special Notice**
Charles J. Filardi, Jr.
Filardi Law Offices LLC
65 Trumbull Street
Second Floor
New Haven, CT 06510
Tel 203-562-8588
Fax 866-890-3061
Email: charles@filardi-law.com

**Attorney for Solidus Networks, Inc.**
Bruce Bennett
865 S Figueroa St Ste 2900
Los Angeles, CA 90017
213-694-1200
Fax : 213-694-1234
Email: bennettb@hbdlawyers.com

**Attorney for Solidus Networks, Inc.**
James O Johnston
865 S Figueroa St Ste 2900
Los Angeles, CA 90017
213-694-1200
Fax : 213-694-1234
Email: johnstonj@hbdlawyers.com

**Request for Special Notice**
Klee, Tuchin, Bogdanoff & Stern LLP
Lee R. Bogdanoff
1999 Avenue of the Stars. 39th Floor
Los Angeles, CA 90067-6049
Fax: 310-407-9090
Tel: 310-407-4000

**Request for Special Notice**
Penelope Parmes, Esq.
Matthew W. Grimshaw, Esq.
RUTAN & TUCKER LLP
611 Anton Blvd., Suite 1400
Costa Mesa, CA 92626-1931
Fax: 754-546-9035

**Request for Special Notice**
Steve Jensen
Knobbe Martens Olson & Bear LLP
2040 Main St., 14th Floor
Irvine, CA 92614-3641
Fax: 949-760-9502