GARY E. KLAUSNER (State Bar No. 69077),
JEFFREY C. KRAUSE (State Bar No. 94053) and
NATHAN A. SCHULTZ (State Bar No. 223539), Members of
STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone:  (310) 228-5600
Facsimile:  (310) 228-5788

[Proposed] Counsel for
Official Committee of Creditors
Holding Unsecured Claims

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:07-20027-TD |
| SOLIDUS NETWORKS, INC. d/b/a PAY BY TOUCH, a/f/k/a PAY BY TOUCH SOLUTIONS, a Delaware Corporation, et al.[1] | Chapter 11 |
| | (Jointly Administered) |
| Debtors. | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE BY PROPOSED COUNSEL FOR THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS** |
| | [No Hearing Required] |

---

[1] The Debtors include the following entities: Solidus Networks, Inc., d/b/a Pay By Touch, a/k/a Pay By Touch Solutions, a/f/k/a SPS Payments, LLC, a/f/k/a IPS Solutions, LLC, a/f/k/a iPay, a/f/k/a Pay By Touch Solidus Merchant Services, Pay By Touch Processing, Inc., a/f/k/a CSSI Acquisition Corporation, a/f/k/a Card Systems Solutions, Inc., Pay By Touch Check Cashing, Inc., Check Elect, Inc., Seven Acquisition Sub, LLC, a/f/k/a Seven Street Software, Pay by Touch Checking Resources, Inc., Indivos Corporation, a/f/k/a SmartTouch, Inc., a/f/k/a Veristar Corporation, a/f/k/a Indivos Acquisition Corporation, CardSystems Payment Solutions, LLC, Maverick International Services, Inc., and ATMD Acquisition Corporation, a/f/k/a ATMD Direct, a/f/k/a ATM Online, Inc.

468614v1

**TO THE DEBTORS AND ALL CREDITORS AND PARTIES IN INTEREST IN THE ABOVE-CAPTIONED CHAPTER 11 CASES:**

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear as proposed counsel (and upon court approval, as counsel) for the Official the Official Committee of Creditors Holding Unsecured Claims (the "Committee") appointed in the above-captioned chapter 11 cases (the "Cases") under Section 1109(b) of the Bankruptcy Code, 11 U.S.C. § 1109(b). Pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010 and the Court's order limiting notice in this case, the undersigned request special notice, such that in all events all notices given or required to be given and all papers served or required to be served, in the Case, including without limitation: (i) any proposed use, sale or lease of property of the estates other than in the ordinary course of business; (ii) any hearing on approval of a compromise or settlement of a controversy; (iii) any hearing on applications for compensation or reimbursement of expenses; and (iv) all other matters requiring notice to creditors under Rules 2002(a), 2002(b), 2002(f), 2002(i) and 2002(m) of the Federal Rules of Bankruptcy Procedure; be given to and served on the persons and at the address set forth below:

> Gary E. Klausner, Esq.
> Jeffrey C. Krause, Esq.
> Nathan A. Schultz, Esq.
> Stutman, Treister & Glatt, Professional Corporation
> 1901 Avenue of the Stars, 12th Floor
> Los Angeles, CA 90067
> Telephone:  (310) 228-5600
> Facsimile:  (310) 228-5788

1  **PLEASE TAKE FURTHER NOTICE** that this request includes
2  not only the notices and papers referred to in the Bankruptcy
3  Rules specified above, but also includes, without limitation,
4  all orders and notices of, and any, application, motion,
5  petition, pleading, request, complaint, or demand, statements of
6  affairs, operating reports, schedules of assets and liabilities,
7  whether formal or informal, whether written or oral, and whether
8  transmitted or conveyed by mail, courier service, hand delivery,
9  telephone, facsimile transmission, telegraph, telex, or
10 otherwise that: (1) affects or seeks to affect in any way any
11 rights or interest of any creditor or party in interest in the
12 Case, with respect to (a) the above-captioned debtors (the
13 "Debtors"), (b) property of the Debtors' estates, or proceeds
14 thereof, in which the Debtors may claim an interest, or
15 (c) property or proceeds of any of the Debtors' estates in the
16 possession, custody, or control of others that the Debtors may
17 seek to use; or (2) is filed in the Cases, or any adversary
18 proceeding, contested matter, or other matters related to the
19 Cases, including all notices required by the Bankruptcy Code,
20 Federal Rules of Bankruptcy Procedure, or any other rule or law,
21 to be noticed and served on creditors or other parties in
22 interest.
23       **PLEASE TAKE FURTHER NOTICE** that neither this request
24 for special notice nor any subsequent appearance, pleading,
25 proof of claim, or other writing or conduct shall constitute a
26 waiver by any client of the undersigned, of any: (a) rights to
27 have any and all final orders in any and all noncore matters
28 entered only after de novo review by a United States District

Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; (d) rights with respect to any objections to jurisdiction; and (e) any and all other rights, claims, defenses, setoffs, or other matters to which any client of Stutman, Treister & Glatt Professional Corporation may be entitled.

All of the above rights are hereby reserved and preserved, without exception, and with no purpose of conceding jurisdiction in any way by this filing or by any other participation in these case.

DATED: January 15, 2008

_____
GARY E. KLAUSNER,
JEFFREY C. KRAUSE, and
NATHAN A. SCHULTZ, Members of
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION

[Proposed] Counsel for the
Official Committee of Creditors
Holding Unsecured Claims

## DECLARATION OF SERVICE

I, Cheryl Woods, am over the age of 18 years and not a party to the within action. I am employed in an office that employs a member of the bar of this court, at whose direction the within service was made. My business address is Stutman, Treister, & Glatt Professional Corporation, 1901 Avenue of the Stars, 12th Floor, Los Angeles, California 90067-6013.

On January 15, 2008, I served the following pleading:

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE BY PROPOSED COUNSEL FOR THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, with first class postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as follows:

PLEASE SEE THE ATTACHED SERVICE LIST

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 15, 2008, at Los Angeles, California.

_Cheryl R. Woods_
Cheryl R. Woods, Declarant

468662v1

Service list for Solidus
Doc. Id. 468649

## Governmental Agencies

United States Trustee
Russell Clementson
725 S. Figueroa St, 26th Fl
Los Angeles, CA 90017

State of California
Franchise Tax Board
Attn: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

State of California
Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280

## Debtor

Counsel to Solidus Networks, Inc.
Steve Zelinger, General Counsel
Solidus Networks, Inc.
d/b/a Pay By Touch
101 Second Street, Suite 1100
San Francisco, CA 94105

Corporate Counsel to Solidus Networks, Inc.
Kenneth Guernsey
Craig Jacoby
Cooley Goodward Kronish LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800

Custodian for Solidus Networks, Inc.
Tom Lumsden
FTI Consulting
One Front Street, Suite 1600
San Francisco, CA 94111

## Lenders

Co-Counsel to Plainfield Special Situations
Master Fund Limited and Plainfield West
Investments LLP
Mark Shinderman, Seth Goldman, Mark Epstein
Munger Tolles & Olsen LLP
355 S Grand Ave, 35th Fl.
Los Angeles, CA 90071-1560

Counsel for Special Situations Master Fund
Limited and Plainfield West Investments, LLP
Bruce L. Silverstein, Martin S. Lessner
Michael Nestor, Joseph Barry
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 167th Floor
Wilmington, DE 19801

Counsel to OZ Master Fund, Ltd. And Denarius
Touch LLC
Ben H. Logan
Karen Rinehart
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071-2899

Counsel to OZ Master Fund, Ltd. And Denarius
Touch LLC Ilan Nissan
O'Melveny & Myers LLP
7 Time Square Tower
New York, NY 10036

Counsel to OZ Master Fund Ltd and Denarius
Touch, LLC
Martin Bienenstock
Judy G.Z. Liu
Dewey LeBoeuf
1301 Avenue of the Americas
New York, NY 10019

Counsel to Highbridge Capital Management
Alan Z. Yudkowsky
Stroock & Stroock & Lavan LLP
2029 Century Park East, Suite 1800
Los Angeles, CA 90067-3086

## Counsel to Petitioning Creditors

Counsel to Petitioning Creditors
Robert M. Yaspan
Law Offices of Yaspan & Thau
21700 Oxnard St., Suite 1750
Woodland Hills, CA 91367

## 30 Largest Creditors
## (Consolidated)

| | | |
|---|---|---|
| Saatchi & Saatchi<br>James Orsini<br>Heidi Young<br>375 Hudson Street<br>New York, NY 10014 | Accenture LLP<br>Kenneth Dickman<br>161 N. Clark Street<br>Chicago, IL 60601 | Kristy Sherman and Kevin Colaco<br>2702 Clayton Road, #200<br>Concord, CA 94519 |
| Sungard Availability Services<br>Scott Crouch<br>PO Box 91233<br>Chicago, IL 60693 | Cogenti<br>Chris Crump<br>POB 30309<br>Los Angeles, CA 90030 | Xperex<br>Lee Johnson<br>384 Oyster Point Blvd., Suite 9<br>South San Francisco, CA 94080 |
| Arrow Electronics, Inc.<br>Yvonne Sepulveda<br>PO Box 60000<br>File 21174<br>San Francisco, CA 94160 | Swing Vote – the Movie Productions LLC<br>Attn: Julie Hanson<br>849 N. Occidental Blvd.<br>Los Angeles, CA 90026 | IBM eBusiness<br>Nina Jones<br>PO Box 676673<br>Dallas, TX 75267 |
| PKV Racing LLC<br>c/o Coblentz, Patch, Duffy & Bass LLP<br>Virginia Crisp<br>One Ferry Building, Suite 200<br>San Francisco, CA 94111 | Mayer Brown LLP<br>W. Joseph Melnik<br>3000 El Camino Real<br>Palo Alto, CA 94306 | Norhtec<br>Michael Barnes<br>99/24 Software Park Blvd<br>11th Floor Unite A3<br>Chaengewattana Road<br>Pakkred, Nonthaburi<br>Thailand 11120 |
| Resource and Design, Inc.<br>Kathy Abassi<br>272 Main Street<br>San Francisco, CA 94105 | McKinsey & Company Inc. – US<br>Marc Singer<br>555 California Street, Suite 4700<br>San Francisco, CA 94104 | Larry Anastasi<br>806 Joshua Court<br>Moorestown, NJ 08057 |
| JP Morgan Ventures Corp.<br>John Creech<br>PO Box 714982<br>Columbus, OH 43271 | Gary Smith<br>c/o Larry Anastasi<br>806 Joshua Court<br>Moorestown, NJ 08057 | Gail Grassi<br>c/o Larry Anastasi<br>806 Joshua Court<br>Moorestown, NJ 08057 |
| Porter Novelli<br>Authorized Agent<br>1838 Solutions Center<br>Chicago, IL 60677 | Member of the Official Committee of Unsecured Creditors<br>Lynn Tillotson & Pinker LLP<br>Michael Lynn<br>750 N. St. Paul Street, Suite 1400<br>Dallas, TX 75201 | Kristin Palumbo<br>Bingham McCutchen<br>Three Embarcadero Center<br>San Francisco, CA 94111 |

Infonox
Authorized Agent
980 Hamlin Court
Sunnyvale, CA 94089

ETouch Systems Corp.
Ravi Damel
6627 Dumbarton Circle
Fremont, CA 94555

Sagem Morpho, Inc.
James Conneff
1145 Broadway Plaza, Suite 200
Tacoma, WA 98402

UPEK, Inc.
Tony Carvalho
2200 Powell Street, Suite 300
Emeryville, CA 94608

## Parties Requesting Special Notice

Counsel to St. Cloud Capital Partners LP
Tina M. Pivonka
Patrick L. Prindle, Esq.
Mulvaney, Kahan & Barry
401 West "A" Street, 17th Floor
San Diego, CA 92101-7994

Counsel to Mayer Brown LLP
Kimberly S. Winick
Mayer Brown LLP
350 South Grand Avenue, 25th Fl.
Los Angeles, CA 90071-1503

Counsel to Biometric Payment Solutions
Steven Jensen
Knobbe Martens Olsen & Bear LLP
2040 Main Street, 14th Fl.
Irvine, CA 902614-3641

Counsel to Party in Interest Biometric Payment Solutions
Paul J. Couchot
Winthrop Couchot Professional Corp.
660 Newport Center Drive, 4th Fl.
Newport Beach, CA 92660

Counsel to Biometric Payment Solutions
Matthew W. Grimshaw
Penelope Parmes
Rutan & Tucker, LLP
611 Anton Blvd., Suite 1400
Costa Mesa, CA 92626-1931

Bankruptcy Coordinator for International Business Machines Corp.
Attn: Vicky Namken
IBM Corporation
13800 Diplomat Drive
Dallas, TX 75234

Counsel to Federal Express Corporation
Charles J. Filardi, Jr.
Filardi Law Offices LLC
65 Trumbull St., Second Fl
New Haven, CT 06510

Counsel to American Express Travel Related Svcs. Co.
Gilbert B. Weisman
Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Counsel to Whorl, LLC
Lee R. Bogdanoff, Esq.,Michael L. Tuchin, Esq.
David M. Guess, Esq.,Courtney Pozmantier, Esq.
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Fl.
Los Angeles, CA 90067-6049

Counsel to Biopay, LLC
Cohn Mohr LLP
Attn: Daniel H. DuVal, Esq.
1420 Beverly Road, Suite 380
McLean, CA 22101

Bankruptcy Counsel to John Patrick Rogers
Todd B. Becker
Law Offices of Todd B. Becker
3750 E. Anaheim St., Suite 100
Long Beach, CA 90804

Counsel to PKV Racing LLC
Virginia (Ginger) Crisp, Esq.
Greg M. Ficks, Esq.
Coblentz, Patch, Duff & Bass LLP
One Ferry Building, Suite 200
San Francisco, CA 94111-4213

Co-Counsel to Merrick Bank
Peter J. Gurfein
Patrick J. Ivie
Akin Gump Strauss Hauer & Feld LLP
2020 Century Park East, Suite 2400
Los Angeles, CA 90067-3012

Counsel to Merrick Bank Corporation
Daniel D. Gurfein
Timothy T. Brock
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, 11th Floor
New York, NY 10169

Counsel to Transaction Network Services, Inc.
Arent Fox LLP
555 West Fifth Street, 48th Fl.
Los Angeles, CA 90013
Attn: Michel S. Cryan, Esq.

Counsel to Transaction Network Services, Inc.
Arent Fox LLP
1050 Connecticut Ave, N.W.
Washington, DC 20036-5339
Attn: Christopher J. Giaimo, Esq.

Counsel to Gilbarco, Inc.
Nelson Mullins Riley & Scarborough LLP
George B. Cauthen
13020 Main Street, 17th Floor
PO Box 11070 (29211)
Columbia, SC 29201

Counsel to Bernadette Robertson, Creditor
Chris D. Kuhner, Esq.
Kornfield, Paul & Nyberg, P.C.
1999 Harrison St., Suite 2675
Oakland, CA 94612

Counsel to Creditor Cogent Systems, Inc.
G. Larry Engel, Esq.
Vincent J. Novak, Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

Counsel to Creditor Cogent Systems, Inc.
Scott M. Stanton, Esq.
Jacob V. Handy, Esq.
Morrison & Foerster LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130

Member of the Official Committee of Unsecured Creditors
eTouch Systems Corp.
Lance Burrow, Esq.
96 North Third Street, Suite 1400
San Jose, CA 95112

Member of the Official Committee of Unsecured Creditors
Whorl LLC
c/o Timothy Robinson, Managing Member
12145 Chancery Station Circle
Reston, VA 20190

Cheri Koster
1900 Sunset Harbour Dr. #1009
Miami Beach, FL 33139

Counsel for Creditor Accenture LLP
Freeborn & Peters LLP
Aaron L. Hammer, Esq.
Suzanne M. Rose, Esq.
311 So. Wacker Drive, Suite 3000
Chicago, IL 60606-6677

Counsel to The Getty Family Trusts
Richard A. Chesley, Esq.
Gregory S. Otsuka, Esq.
Paul, Hastings, Janofsky & Walker LLC
191 N. Wacker Drive, 30th Fl.
Chicago, IL 60606

Counsel For Beth Lang Chapter 7 Trustee of CardSystems Solutions, Inc.
Anderson & Nowak, PLC
Trudy A. Nowak
2211 E. Highland Ave, Suite 211
Phoenix, AZ 85016

Counsel to Jefferies & Co.
Michael Wiles
Maureen Cronin and Rachel Mauceri
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

Counsel for Office of Unemployment Compensation Tax Services
Timothy A. Bortz
UC Tax Agent/Bankruptcy Representative
Department of Labor and Industry
Reading Bankruptcy & Compliance Unit
625 Cherry Street-Room 203
Reading, PA 19602-1184