```
 1  HENNIGAN, BENNETT & DORMAN LLP
    BRUCE BENNETT (Cal. Bar No. 105430)
 2  JAMES O. JOHNSTON (Cal. Bar No. 167330)
    JOSHUA M. MESTER (Cal. Bar No. 194783)
 3  865 South Figueroa Street, Suite 2900
    Los Angeles, California 90017
 4  Telephone:  (213) 694-1200
    Fax: (213) 694-1234
 5
    Reorganization Counsel for
 6  Debtors and Debtors in Possession
```

**FILED & ENTERED**

**SEP 16 2008**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** toliver    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| *In re* | Case No. 2:07-20027-TD |
| SOLIDUS NETWORKS, INC., d/b/a PAY BY TOUCH, a/f/k/a PAY BY TOUCH SOLUTIONS, a Delaware Corporation, et al.[1] | CHAPTER 11 |
| | (Jointly Administered) |
| *Debtors.* | **ORDER GRANTING APPLICATION FOR ORDER AUTHORIZING RETENTION OF MILLER, KAPLAN, ARASE & CO., LLP AS AUDITORS OF THE 401K PLAN** |
| | <u>No Hearing Held</u> |

This matter coming before the Court on the "Notice Of Application And Application For Order Authorizing Retention Of Miller, Kaplan, Arase & Co., LLP As Auditors Of The 401k Plan" (the "<u>Application</u>"), filed by Solidus Networks, Inc., d/b/a Pay By Touch, a/f/k/a Pay By Touch Solutions, and affiliated debtors and debtors in possession herein (collectively, the "<u>Debtors</u>"); and

The Court having reviewed the Application, the Curran Declaration (as that term is defined in the Application), and the record in these cases, and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding

---

[1] The Debtors include the following entities: Solidus Networks, Inc., d/b/a Pay By Touch, a/k/a Pay By Touch Solutions, a/f/k/a BioPay, Pay By Touch Payment Solutions, LLC, a/f/k/a EPX, a/f/k/a Payment Acquisition Corporation, a/f/k/a InterCept Payment Solutions, LLC, a/f/k/a SPS Payments, LLC, a/f/k/a IPS Solutions, LLC, a/f/k/a iPay, a/f/k/a Pay By Touch Solidus Merchant Services, Pay By Touch Processing, Inc., a/f/k/a CSSI Acquisition Corporation, a/f/k/a Card Systems Solutions, Inc., Pay By Touch Check Cashing, Inc., Check Elect, Inc., Seven Acquisition Sub, LLC, a/f/k/a Seventh Street Software, Pay by Touch Checking Resources, Inc., Indivos Corporation, a/f/k/a Smart Touch, Inc., a/f./k/a Veristar Corporation, a/f/k/a Indivos Acquisition Corporation, CardSystems Payment Solutions, LLC, Maverick International Services, Inc., and ATMD Acquisition Corporation, a/f/k/a ATMD Direct, a/f/k/a ATM Online, Inc.

1 pursuant to 28 U.S.C. § 157(b)(2), and (c) notice of the Application was reasonable and appropriate under the circumstances; and

The Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED;

2. The Debtors are authorized, pursuant to section 327(a) of the Bankruptcy Code, to employ the firm of Miller, Kaplan, Arase & Co., LLP as auditors of the Debtors' 401k plan for the year ended December 31, 2007, and for the period from January 1, 2008, through the date of termination of the Plan (as that term is defined in the Application), on substantially the terms and conditions set forth in the Application, with compensation to be at the expense of the estate in such amount as the Court may hereafter allow.

###

DATED: September 16, 2008

_____
United States Bankruptcy Judge

**SERVICE LIST FOR ENTERED ORDER**

| **Served Electronically:** | **Served via U.S. Mail:** |
|---|---|
| United States Trustee<br>725 South Figueroa Street, 26th Floor<br>Los Angeles, CA 90017 | Crane Curran<br>Miller, Kaplan, Arase & Co., LLP<br>180 Montgomery Street, Suite 1840<br>San Francisco, CA 94104-4233 |
| Bruce Bennett, Esq.<br>James O. Johnston, Esq.<br>Joshua M. Mester, Esq.<br>Hennigan Bennett & Dorman LLP<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA 90017<br>*Counsel to the Debtor* | |