|  |  |
|---|---|
| 1<br>2<br>3<br>4<br>5 | PHILIP A. GASTEIER (SBN 130043)<br>LEVENE, NEALE, BENDER, RANKIN<br>& BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 229-1234<br>Telecopier: (310) 229-1244<br>Email: pag@lnbrb.com | **FILED & ENTERED**<br><br>MAR 05 2010<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY toliver   DEPUTY CLERK |

(Proposed) Attorneys for Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SOLIDUS NETWORKS, INC., d/b/a Pay by Touch, a/f/k/a Pay by Touch Solutions, a Delaware Corporation; PAY BY TOUCH CHECK CASHING, INC., a Delaware Corporation; PAY BY TOUCH PROCESSING, INC., a Delaware Corporation; and, PAY BY TOUCH PAYMENT SOLUTIONS, LLC, a Delaware LLC,,<br><br>Debtors. | Bk. No.: 2:07-bk-20027-TD<br><br>Chapter 7<br><br>ORDER GRANTING APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P. AS GENERAL BANKRUPTCY COUNSEL<br><br>[No Hearing Required – Local Bankruptcy Rule 2014-1(b)] |

The Court having considered the application of Timothy J. Yoo, the Chapter 7 Trustee (the "Trustee") for the consolidated estate of Solidus Networks, Inc., Pay By Touch Processing, Inc., Pay By Touch Payment Networks, and Pay By Touch Check Cashing, Inc., debtors herein, to employ Levene, Neale, Bender, Rankin & Brill L.L.P. as general bankruptcy counsel (the "Application"), the declaration of Philip A. Gasteier filed in support thereof, sufficient notice of the Application having been given, no opposition to or request for a hearing on the Application having been filed, and good cause appearing therefor,

ORDERS AS FOLLOWS:

1. The Application is granted in its entirety;

2. The Trustee's employment of Levene, Neale, Bender, Rankin & Brill L.L.P. as his general bankruptcy counsel is approved, effective as of January 1, 2010, in accordance with the terms set forth in the Application.

# # #

DATED: March 5, 2010

_____
United States Bankruptcy Judge

| In re:<br><br>SOLIDUS NETWORKS, etc.; PAY BY TOUCH PROCESSING, INC. etc.; PAY BY TOUCH PAYMENT SOLUTIONS, LLC, etc.,,<br><br>Debtors | Case No. 2:07-bk-20027-TD (Consolidated with 2:07-bk-21775-TD; 2:07-bk-21778-TD; and 2:07-bk-21779-TD)<br><br>Chapter 7 |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing document described as ORDER GRANTING APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P. AS GENERAL BANKRUPTCY COUNSEL will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February __, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On February 25, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

### Served Via United States Mail

| United States Trustee<br>Office of the U.S. Trustee<br>725 S. Figueroa Street, 26th Floor<br>Los Angeles, CA 90017 | Chapter 7 Trustee<br>Timothy J. Yoo<br>Levene, Neale, Bender, Rankin & Brill L.L.P.<br>800 South Figueroa St., Ste. 1260<br>Los Angeles, CA 90017 | Debtor<br>Solidus Networks, Inc.<br>c/o James O. Johnston<br>865 S. Figueroa Street, Suite 2900<br>Los Angeles, CA 90017 |
|---|---|---|
| Debtor<br>Pay by Touch Processing, Inc.<br>101 Second Street<br>San Francisco, CA 94105 | Debtor<br>Pay by Touch Payment Solutions, LLC<br>100 West Commons Blvd., Suite 214<br>New Castle, DE 19720 | Counsel for Debtors<br>Bruce Bennett/James Johnston/<br>Lance Miller<br>Hennigan, Bennett & Dorman LLP<br>865 S. Figueroa St., Ste. 2900<br>Los Angeles, CA 90017 |
| Counsel to Solidus Networks, Inc.<br>Steve Zelinger, General Counsel<br>Solidus Networks, Inc.<br>d/b/a Pay By Touch<br>101 Second Street, Suite 1100<br>San Francisco, CA 94105 | Corporate Cnsl-Solidus Ntwks, Inc.<br>Kenneth Guernsey<br>Craig Jacoby<br>Cooley Godward Kronish LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800 | Consultants<br>Tom Lumsden<br>FTI Consulting<br>One Front Street, Suite 1600<br>San Francisco, CA 94111 |

3

| | | |
|---|---|---|
| 30 Largest Unsecured Creditors<br>OZ Master Fund, Ltd. & Denarius Touch<br>c/o Dewey LeBouef<br>Martin Bienenstock/Judy G.Z. Liu<br>1301 Avenue of the Americas<br>New York, NY  10019 | 30 Largest Unsecured Creditors<br>OZ Master Fund Ltd. & Denarius Touch<br>c/o O'Melveny & Myers LLP<br>Ben H. Logan/Karen Rinehart<br>400 South Hope Street<br>Los Angeles, CA  90071-2899 | 30 Largest Unsecured Creditors<br>OZ Mstr Fund, Ltd./Denarius Touch LLC<br>c/o O'Melveny & Myers LLP<br>Ilan Nissan<br>7 Times Square Tower<br>New York, NY  10036 |
| 30 Largest Unsecured Creditors<br>Accenture LLP<br>Kenneth Dickman<br>161 N. Clark Street<br>Chicago, IL  60601 | 30 Largest Unsecured Creditors<br>Saatchi & Saatchi<br>James Orsini/Heidi Lyoung<br>375 Hudson Street<br>New York, NY  10014 | 30 Largest Unsecured Creditors<br>Kristy Sherman and Kevin Colaco<br>2702 Clayton Road, #200<br>Concord, CA  94519 |
| 30 Largest Unsecured Creditors<br>Cogent<br>Chris Crump<br>P.O. Box 30309<br>Los Angeles, CA  90030 | 30 Largest Unsecured Creditors<br>Arrow Electronics, Inc.<br>Yvonne Sepulveda<br>P.O. Box 60000<br>File 21174<br>San Francisco, CA  94160 | 30 Largest Unsecured Creditors<br>Cooley Godward Kronish LLC<br>Kenneth Guernsey<br>101 California Street, 5th Floor<br>San Francisco, CA  94111 |
| 30 Largest Unsecured Creditors<br>Plainfield Direct LLC<br>c/o Young Conaway Stargatt & Taylor<br>The Brandywind Building<br>100 West Street, 17th Floor<br>Wilmington, DE  19801 | 30 Largest Unsecured Creditors<br>IBM eBusiness<br>Eva Gouskos<br>P.O. Box 12195<br>Research Triangle Park, NC 27709 | 30 Largest Unsecured Creditors<br>Sungard Availability Services<br>Scott Crouch<br>P.O. Box 91233<br>Chicago, IL  60693 |
| 30 Largest Unsecured Creditors<br>Xperex<br>Lee Johnson<br>384 Oyster Point Blvd., Suite 9<br>South San Francisco, CA  94080 | 30 Largest Unsecured Creditors<br>Swing Vote - the Movie Productions<br>Daniel Grigsby<br>9201 Pan American Fwy, NE<br>Albuquerque, NM  87113 | 30 Largest Unsecured Creditors<br>PKV Racing, LLC<br>c/o Coblentz, Patch, Duffy & Bass LLP<br>Virginia Crisp<br>One Ferry Building, Suite 200<br>San Francisco, CA  94111 |
| 30 Largest Unsecured Creditors<br>Norhtec/Michael Barnes<br>99/24 Software Park Blvd.<br>11th Fl Unite A3, Chaengewattana Rd<br>Pakkred, Nonthaburi<br>Thailand 11120 | 30 Largest Unsecured Creditors<br>Highbridge International LLC<br>c/o Stroock & Stroock & Lavan LLP<br>Alan Yudowsky<br>2029 Century Park East, Suite 1800<br>Los Angeles, CA  90067 | 30 Largest Unsecured Creditors<br>Mayer Brown LLP<br>Kimberly Winick<br>350 South Grand Ave., 25th Floor<br>Los Angeles, CA  90071 |
| 30 Largest Unsecured Creditors<br>Mayer Brown LLP<br>W. Joseph Melnik<br>3000 El Camino Real<br>Palo Alto, CA  94306 | 30 Largest Unsecured Creditors<br>Resources and Design, Inc.<br>Kathy Abassi<br>747 Front St, #100<br>San Francisco, CA  94111-1969 | 30 Largest Unsecured Creditors<br>Larry Anastasi<br>806 Joshua Court<br>Moorestown, NJ  08057 |
| 30 Largest Unsecured Creditors<br>Gary Smith<br>c/o Larry Anastasi<br>806 Joshua Court<br>Moorestown, NJ  08057 | 30 Largest Unsecured Creditors<br>Porter Novelli<br>Authorized Agent<br>1838 Solutions Center<br>Chicago, IL  60677 | 30 Largest Unsecured Creditors<br>Kristin Palumbo<br>Bingham McCutchen<br>Three Embarcadero Center<br>San Francisco, CA  94111 |

Case 2:07-bk-20027-TD    Doc 1034    Filed 03/05/10    Entered 03/05/10 14:50:04    Desc
Main Document    Page 5 of 10

| | | |
|---|---|---|
| 30 Largest Unsecured Creditors<br>eTouch Systems Corp.<br>Ravi Damel<br>6627 Dumbarton Circle<br>Fremont, CA  94555 | 30 Largest Unsecured Creditors<br>McKinsey & Company Inc. - US<br>Marc Singer<br>555 California Street, Ste. 4700<br>San Francisco, CA  94104 | 30 Largest Unsecured Creditors<br>JP Morgan Ventures Corp.<br>John Creech<br>P.O. Box 714982<br>Columbus, OH  43271 |
| 30 Largest Unsecured Creditors<br>Gail Grassi<br>c/o Larry Anastasi<br>806 Joshua Court<br>Moorestown, NJ  08057 | 30 Largest Unsecured Creditors<br>Lynn Tillotson & Pinker, LLP<br>Michael Lynn<br>750 N. St. Paul St., Suite 1400<br>Dallas, TX  75201 | 30 Largest Unsecured Creditors<br>Infonox<br>Authorized Agent<br>980 Hamlin Court<br>Sunnyvale, CA  94089 |
| 30 Largest Unsecured Creditors<br>Sagem Morpho, Inc.<br>James Conneff<br>1145 Broadway Plaza, Suite 200<br>Tacoma, WA  98402 | 30 Largest Unsecured Creditors<br>UPEK, Inc.<br>Rob Blau<br>2200 Powell Street, Suite 300<br>Emeryville, CA  94608 | |
| RSN-Cnsl-St. Cloud Capital Partners<br>Tina M. Pivonka/Patrick L. Prindle<br>Mulvaney, Kahan & Barry<br>401 West "A" Street, 17th Floor<br>San Diego, CA  92101-7994 | RSN-Cnsl-Biometric Pymnt Solutions<br>Steve Jensen<br>Knobbe Martens Olsen & Bear LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA  92614-3641 | RSN-Cnsl-Federal Express Corp.<br>Charles J. Filardi, Jr.<br>Filardi Law Offices LLC<br>65 Trumbull Street, Second Floor<br>New Haven, CT  06510 |
| RSN-Counsel to Whorl, LLC<br>L. Bogdanoff/M. Tuchin/D. Guess/C.<br>Pozmantier - Klee, Tuchin, et al.<br>1999 Avenue of the Stars, 39th Fl.<br>Los Angeles, CA  90067-6049 | RSN-Cnsl-John Patrick Rogers<br>Todd B. Becker<br>Law Offices of Todd B. Becker<br>3750 E. Anaheim Street, Suite 100<br>Long Beach, CA  90804 | RSN-Co-Cnsl-Merrick Bank **<br>Peter Gurfein/Patrick Ivie/Christina Moore<br>Aken Gump Strauss Hauer & Feld LLP<br>2020 Century Park East, Suite 2400<br>Los Angeles, CA  90067-3012 |
| RSN-Cnsl-Merrick Bank Corp.<br>D. Gurfein/T. Brock/S. Stephens<br>Burke & Burke<br>230 Park Avenue, 11th Floor<br>New York, NY  10169 | RSN-Cnsl-American Express<br>Travel Related Svcs. Co.<br>Gilbert B. Weisman<br>Becket and Lee LLP<br>P.O. Box 3001<br>Malvern PA  19355-0701 | RSN-Cnsl-Biometric Payment Solutions<br>Paul J. Couchot<br>Winthrop Couchot PC<br>660 Newport Center Dr., 4th Fl.<br>Newport Beach, CA  92660 |
| RSN-Counsel to Biopay, LLC<br>Cohen Mohr LLP<br>Attn:  Daniel H. Du Val, Esq.<br>1420 Beverly Road, Suite 380<br>McLean, VA  22101 | RSN-Cnsl-PKV Racing, LLC<br>Virginia Crisp/Greg Ficks<br>Coblentz, Patch, Duffy & Bass LLP<br>One Ferry Building, Suite 200<br>San Francisco, CA  94111-4213 | RSN-Cnsl-Mayer Brown LLP<br>Kimberly S. Winick<br>Mayer Brown LLP<br>350 South Grand Ave., 25th Fl.<br>Los Angeles, CA  90071-1503 |
| RSN-Cnsl-Biometric Pymt Solutions<br>Matthew W. Grimshaw<br>Penelope Parmes<br>Rutan & Tucker, LLP<br>611 Anton Blvd., Ste. 1400<br>Costa Mesa, CA  92626-1931 | RSN-Cnsl-Highbridge Int'l LLC<br>Alan Z. Yudkowsky, Esq.<br>Stroock & Stroock & Lavan LLP<br>2029 Century Park East, Ste. 1800<br>Los Angeles, CA 90067 | RSN-Counsel for GIC<br>Samuel L. Hendrix<br>Thompson, Loss & Judge, LLP<br>Two Lafayette Centre<br>1133 21st St., NW, Ste. 450<br>Washington DC 20036 |

| | | |
|---|---|---|
| RSN-Cnsl-Merrick Bank Corp.<br>Peter J. Gurfein/Patrick J. Ivie<br>Akin Gump Strauss et al.<br>2029 Century Park East, Ste. 2400<br>Los Angeles, CA 90067-3012 | RSN<br>IBM Corporation<br>Attn: Vicky Namken<br>13800 Diplomat Dr.<br>Dallas, TX 75234 | RSN-Cnsl-Transaction Ntwk Svcs Inc.<br>Arent Fox LLP<br>Attn: Michael S. Cryan, Esq.<br>555 West Fifth St., 48th Fl.<br>Los Angeles, CA 90013 |
| RSN-Cnsl-Transaction Ntwk Svcs.,Inc.<br>Arent Fox LLP<br>Attn: Christopher J. Giaimo, Esq<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5339 | RSN-Counsel for Gilbarco, Inc.<br>George B. Cauthen<br>Nelson Mullins Riley & Scarborough<br>1320 Main Street, 17th Floor<br>P.O. Box 11070<br>Columbia, SC 29201 | RSN-Cnsl-Bernadette Robertson<br>Chris D. Kuhner<br>c/o Kornfield, Paul & Nyberg, P.C.<br>1999 Harrison Street, Ste. 2675<br>Oakland, CA 94612 |
| RSN-Cnsl-Cogent Systems, Inc.<br>G. Larry Engel/Vincent J. Novak<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2482 | RSN-Cnsl-Cogent Systems, Inc.<br>Scott M. Stanton/Jacob V. Handy<br>Morrison & Foerster LLP<br>12531 High Bluff Dr., Ste. 100<br>San Diego, CA 92130 | RSN-Cnsl-The Getty Family Trusts<br>Richard Chesley/Gregory Otsuka **<br>Paul, Hastings, Janofsky et al.<br>191 N. Wacker Dr., 30th Fl.<br>Chicago, Ill 60606 |
| RSN<br>Cherie Koster<br>1900 Sunset Harbour Dr. #1009<br>Miami Beach, FL 33139 | RSN-Cnsl-Beth Lang, Ch. 7 Tstee<br>of CardSystems Solutions, Inc.<br>Trudy A. Nowak<br>Anderson & Nowak, PLC<br>2211 E. Highland Ave., Ste. 211<br>Phoenix, AZ 85016 | RSN-Cnsl-Accenture LLP<br>Aaron Hammer/Suzanne. Rose<br>Freeborn & Peters, LLP<br>311 South Wacker Dr., Ste. 3000<br>Chicago, Ill 60606 |
| RSN-Timothy A. Bortz<br>UC Tax Agent/Bkcy Rep.-Commonwealth<br>of Pennsylvania-Dept. of Labor & Industry<br>Reading Bankruptcy & Compliance Unit<br>625 Cherry Street - Room 203<br>Reading, PA 19602-1184 | RSN<br>Dianela Del Carmen Nunez Silva<br>PMB 243<br>15970 West State Road 84<br>Ft. Lauderdale, FL 33325-1228 | RSN-Cnsl-Committee of Unsecured Creditors<br>Gary E. Klausner/Jeffrey C. Krause<br>Stutman, Treister & Glatt<br>1901 Avenue Of the Stars, 12th Fl.<br>Los Angeles, CA 90067 |
| RSN-Cnsl-Carrollton Bank<br>Joseph A. Eisenberg P.C.<br>Jeffer, Mangels, Butler et al.<br>1900 Avenue of the Stars, 7th Fl.<br>Los Angeles, CA 90067 | RSN-Cnsl-Crown Investment. Ptns LP;<br>Marvin S. Wool Revocable Trust, et al<br>Richard F. Holley, Esq.<br>Santoro, Driggs, Walch, et al.<br>400 South Fourth St., 3rd Fl.<br>Las Vegas, NV 89101 | RSN-Chapter 11 Trustee of<br>John Patrick Rogers<br>David A. Gill<br>2029 Century Park East, 3rd Fl.<br>Los Angeles, CA 90067 |
| RSN-Cnsl-Delwood Associates<br>John W. Mills<br>Kilpatrick Stockton LLP<br>1100 Peachtree St., NE, Ste. 2800<br>Atlanta, GA 30309-4530 | RSN-Cnsl-Cornish & Carey<br>Commercial, A California Corp.<br>John Walshe Murray<br>Murray & Murray, APC<br>19400 Stevens Creek Blvd., Ste. 200<br>Cupertino, CA 95014-2526 | RSN-Cnsl-Steven S. Turoff as Truste<br>of the ATM Recovery Trust<br>Josefina McEvoy/Michael Heyman<br>Kirkpatrick & Lockhart et al.<br>10100 Santa Monica Blvd., 7th Fl.<br>Los Angeles, CA 90067 |
| RSN-Cnsl-Steven S. Turoff as Tstee<br>of the ATM Recovery Trust<br>C. Budner/A. Russell/B. Bivans<br>Kirkpatrick & Lockhart et al.<br>1717 Main St., Ste. 2800<br>Dallas, TX 75201 | RSN-Cnsl-Verizon Business Global<br>Lawrence J. Hilton<br>Hewitt & O'Neil LLP<br>19900 MacArthur Blvd., Ste. 1050<br>Irvine, CA 92612 | RSN-Cnsl-Oracle Credit Corp.<br>Shawn M. Christianson, Esq.<br>Buchalter Nemer, APC<br>333 Market Street, 25th Fl.<br>San Francisco, CA 94105-2126 |

| | | | |
|---|---|---|---|
| 1 | RSN<br>Travelers National Accounts<br>Attn: Stacy Baral, Acct. Resolution<br>1 Tower Square - 5MN<br>Hartford, CT 06138-4044 | RSN-Cnsl-Shell Oil Products US and Motiva Enterprises, LLC<br>John Sorich/S. Christopher Yoo<br>Adorno Yoss Alvarado & Smith<br>1 MacArthur Place, Ste. 200<br>Santa Ana, CA 92707 | RSN-Cnsl-Shell Oil Products US and Motiva Enterprises, LLC<br>Charles Tatelbau/Alan Perlman<br>Adorno & Yoss<br>350 East Las Olas Blvd., Ste. 1700<br>Fort Lauderdale, FL 33301 |
| 2 | RSN-Cnsl-Creditor Prog. Software Cmp.<br>Dean G. Rallis Jr./Diana C. Stanfield<br>Weston, Benshoof, Rochefort, et al.<br>333 So. Hope Street, 16ht Fl.<br>Los Angeles, CA 90071 | RSN-Cnsl-Excel Innovations, Inc.<br>Gregory Charles<br>Campeau Goodsell Smith, L.C.<br>440 N. 1st Street, Suite 100<br>San Jose, CA 95112-4024 | RSN-Cnsl-Excel Innovations, Inc.<br>Jonathan Bornstein<br>Bornstein & Bornstein<br>407 Polk Street, Ste. 320<br>San Francisco, CA 94102 |
| 3 | RSN-Attorneys for Fusionarc<br>Lawrence A. Jacobson<br>Cohen and Jacobson, LLP<br>900 Veterans Blvd., Ste. 600<br>Redwood city, CA 94063 | RSN-Cnsl-Ohio Dept. of Taxation<br>Robert L. Doty, Asst. A.G.<br>Collections Enforcement, Toledo Rgnl<br>One Government Cntr. Ste. 1240<br>Toledo, Ohio 43604-2261 | RSN-Cnsl-Michael A. Cox, Atty Gen for the State of Mil., Dept of Treasury<br>Steve B. Flancher, Asst. Atty. General<br>P.O. Box 30754<br>Lansing, MI 48909 |
| 4 | RSN-Cnsl-Novo Construction, Inc.<br>Jennifer S. Coleman<br>Hopkins & Carley<br>70 South First Street<br>San Jose, CA 95113-2406 | RSN-Cnsl-Rackspace US, Inc.<br>Thomas J. Leanse/Brian D. Huben<br>Katten Muchin Rosenman LLP<br>2029 Century Park East, Ste. 2600<br>Los Angeles, CA 90067-3012 | RSN-Cnsl-City of Irving, Texas<br>Parker & Marks, P.C.<br>1333 Corporate Drive, Suite 209<br>Irving, Texas 75038 |
| 5 | RSN-Attys for Texas Comptroller<br>Jaw W. Hurst, Asst. A.G.<br>c/o Sherri Simpson, Paralegal<br>P.O. Box 12548<br>Austin, TX 78711-2548 | RSN-Cnsl-DFS Services LLC<br>Catherine M. Guastello, Esq.<br>Quarles & Brady LLP<br>Renaissance One<br>Two North Central Avenue<br>Phoenix, AZ 85004-2391 | RSN-Attys for IBM Corp.<br>IBM Corporation<br>c/o Robert B. Kaplan, Esq.<br>Jeffer, Mangels, Butler et al.<br>Two Embarcadero Cntr., 5th Fl.<br>San Francisco, CA 94111 |
| 6 | RSN-Cnsl-Dept of Tax Admin for Fairfax County, Virginia<br>Nancy F. Loftus, Asst. County Atty.<br>12000 Government Ctr Pkwy, Ste. 549<br>Fairfax, Virginia 22035 | RSN-Cnsl-Tennessee Dept of Rev.<br>TN Attorney General's Office<br>Bankruptcy Division<br>P.O. Box 20207<br>Nashville, Tennessee 37202-0207 | RSN-Cnsl-GSG Systems, Inc.<br>Elizabeth K. Flaagan, Esq.<br>Home Roberts & Owen LLP<br>1700 Lincoln, Suite 4100<br>Denver, Colorado 80203 |
| 7 | RSN-Cnsl-Schwartz Revocable Trust<br>John C. Kirkland<br>Dreier Stein Kahan Browne, et al.<br>1620 26th St., 6th Fl. North Tower<br>Santa Monica, CA 90404 | RSN-Cnsl-Bank of America, N.A.<br>Michael Assayag, Esq.<br>Assayag Mauss Kempton<br>2915 Redhill Ave., Ste. 200<br>Costa Mesa, CA 29626 | RSN<br>Davies Beller<br>200 La Vereda Road<br>Pasadena, CA 91105 |
| 8 | RSN-Cnsl-SAP America, Inc.<br>Michelle H. Baer, Esq.<br>Brown & Connery, LLP<br>6 North Broad St., Ste. 100<br>Woodbury, NJ 08096 | RSN-Attys for Alex Lee, Inc.<br>J Samuel Gorham, III<br>Gorham, Crone, Green et al.<br>P.O. Box 2507<br>Hickory, NC 28603 | RSN-Cnsl-Canon Fincl. Svcs., Inc.<br>Scott H. Marcus & Associates<br>121 Johnson Road<br>Turnersville, NY 08012 |

RSN-Cnsl-Solidus, Rogers in Dallas lit.
Mark E. Andrews, Esq.
Cox Smith
1201 Elm Street, Ste. 3300
Dallas Texas 75270

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 25, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Courtesy Copy via Attorney Service
Hon. Thomas B. Donovan
U.S. Bankruptcy Court
255 East Temple Street
Courtroom 1345
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 25, 2010 | John Berwick | /s/ John Berwick |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2010*                                                                                                                    **F 9013-3.1**

| In re    SOLIDUS NETWORKS, etc.; PAY BY TOUCH PROCESSING, INC. etc.; PAY BY TOUCH PAYMENT SOLUTIONS, LLC, etc.,, <br><br> Debtors | Case No. 2:07-bk-20027-TD (Consolidated with 2:07-bk-21775-TD; 2:07-bk-21778-TD; and 2:07-bk-21779-TD) <br> Chapter 7 |
|---|---|

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled ORDER GRANTING APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P. AS GENERAL BANKRUPTCY COUNSEL was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of February 25, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Raymond H Aver    ray@averlaw.com
- Lawrence Bass    lbass@faegre.com
- James C Bastian    jbastian@shbllp.com
- Bruce Bennett    bennettb@hbdlawyers.com
- Beth W Bivans    beth.bivans@klgates.com
- J Scott Bovitz    bovitz@bovitz-spitzer.com
- Laura L Buchanan    lbuchanan@ktbslaw.com
- Shawn M Christianson    cmcintire@buchalter.com
- Louis J Cisz    lcisz@nixonpeabody.com
- Jennifer S Coleman    jcoleman@hopkinscarley.com
- Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
- Michael S Cryan    cryan.michael@arentfox.com, giaimo.christopher@arentfox.com
- Joseph A Eisenberg    jae@jmbm.com
- Gregg M Ficks    gficks@coblentzlaw.com
- Charles J Filardi    abothwell@filardi-law.com
- Philip A Gasteier    pag@lnbrb.com
- Seth Goldman    seth.goldman@mto.com
- Matthew Grimshaw    mgrimshaw@rutan.com
- Irving M Gross    img@lnbrb.com
- David Guess    dguess@ktbslaw.com
- Peter J Gurfein    pgurfein@akingump.com
- William J Healy    whealy@campeaulaw.com
- Michael J Heyman    michael.heyman@klgates.com
- Lawrence J Hilton    lhilton@hewittoneil.com, pgarnica@hewittoneil.com
- Richard F Holley    rholley@nevadafirm.com
- Brian D Huben    brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;donna.carolo@kattenlaw.com;laura.nefsky@kattenlaw.com
- Jay W Hurst    jay.hurst@oag.state.tx.us, sherri.simpson@oag.state.tx.us
- Henry Hwang    , scunningham@lhlaw.com
- Lawrence A Jacobson    laj@cohenandjacobson.com
- James O Johnston    johnstonj@hbdlawyers.com
- Robert B Kaplan    rbk@jmbm.com
- J Michael Kelly    kellyjm@cooley.com

- John W Kim    jkim@nossaman.com
- Greggs S Kleiner    gkleiner@cooley.com
- David B Lally    davidlallylaw@gmail.com
- Rodger M Landau    rlandau@lblawllp.com, kmoss@lgbfirm.com
- Adam A Lewis    alewis@mofo.com
- Joshua M Mester    mesterj@hbdlawyers.com
- John W Mills    jmills@kilpatrickstockton.com
- Harvey M Moore    hmoore@bidnakeys.com
- John Walshe Murray    jwmurray@murraylaw.com
- Trudy Nowak    tan@anlawfirm.com
- Stephen T ONeill    soneill@murraylaw.com
- Gregory S Otsuka    gregoryotsuka@paulhastings.com
- Carmela Pagay    cpagay@rdwlawcorp.com
- Carmela Pagay    ctan@rdwlawcorp.com
- Carmela Pagay    ctp@lnbrb.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Tina M Pivonka    tpivonka@mkblaw.com, jconley@mkblaw.com
- David M Poitras    dpoitras@jmbm.com
- Courtney E Pozmantier    cpozmantier@ktbslaw.com
- Dean G Rallis Jr    drallis@sulmeyerlaw.com
- William M Rathbone    wrathbone@gordonrees.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- J Alexandra Rhim    arhim@buchalter.com, smartin@buchalter.com
- Karen Rinehart    krinehart@omm.com
- Andrew B Russell    andrew.russell@klgates.com
- Steven B Sacks    ssacks@sheppardmullin.com
- Bruce S Schildkraut    bruce.schildkraut@usdoj.gov
- Nathan A Schultz    schultzn@gtlaw.com
- Mark Shinderman    mark.shinderman@mto.com
- James A Timko    jtimko@allenmatkins.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Gilbert B Weisman    notices@becket-lee.com
- William E Winfield    wwinfield@nchc.com
- Kimberly S Winick    kwinick@clarktrev.com
- David M Wiseblood    dwiseblood@seyfarth.com
- Robert M Yaspan    ryaspan@yaspanlaw.com, tmenachian@yaspanlaw.com
- S Christopher Yoo    cyoo@adornoca.com
- Timothy Yoo    tjytrustee@lnbrb.com, tyoo@ecf.epiqsystems.com
- Timothy J Yoo    tjy@lnbrb.com
- Alan Z Yudkowsky    ayudkowsky@stroock.com

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below: