FILED & ENTERED

SEP 24 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning DEPUTY CLERK

**SEYFARTH SHAW LLP**
560 Mission Street, Suite 3100
San Francisco, California 94105

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA-LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:07-20027-TD |
| SOLIDUS NETWORKS, INC., d/b/a PAY BY TOUCH, a/f/k/a PAY BY TOUCH SOLUTIONS, a Delaware Corporation, et al. | Chapter 7 |
| Debtor. | **ORDER APPROVING STIPULATION TO AMEND ORDER GRANTING MOTION FOR RELIEF FROM STAY TO PERMIT USE OF INSURANCE PROCEEDS FOR PAYMENT OF DEFENSE EXPENSES** |

The Court having considered the Stipulation To Amend Order Granting Motion For Relief From Stay To Permit Use Of Insurance Proceeds For Payment Of Defense Expenses ("Stipulation"), by, between and among Eula Adams, Alex Hern, Brian Miller, John Morris, Nhan Thanh Nguyen, Gus Spanos, Steve Zelinger, Davies Beller, Arthur Petrie, John Rogers, Solidus Networks, Inc., d/b/a/ Pay By Touch, a/f/k/a Pay By Touch Solutions, and Timothy Yoo, the Chapter 7 Trustee, and good cause appearing therefor, IT IS HEREBY ORDERED that the Stipulation is approved.

//

//

1

ORDER APPROVING STIPULATION TO AMEND ORDER GRANTING MOTION FOR RELIEF FROM STAY/CASE NO. 2:07-20027-TD

IT IS FURTHER ORDERED that Greenwich Insurance Company is authorized to advance Defense Expenses of any Insured under the Policy in connection with the Leberman Action, KOK Action, and Raatz Action as set forth in the Stipulation, in addition to the Defense Expenses of any Insured incurred in connection with the various matters referenced in the Motion For Relief From Stay To Permit Use Of Insurance Proceeds For Payment Of Defense Expenses filed on February 25, 2009 and authorized by this Court's March 24, 2009 Order.[1]

IT IS SO ORDERED.

###

DATED: September 24, 2010

*Thomas B. Donovan*
United States Bankruptcy Judge

---

[1] Capitalized terms not defined herein have the meanings given to them in the Stipulation and/or the Motion referenced in the Stipulation.

**SEYFARTH SHAW LLP**
560 Mission Street, Suite 3100
San Francisco, California 94105

2
ORDER APPROVING STIPULATION TO AMEND ORDER GRANTING MOTION FOR RELIEF FROM STAY/CASE NO. 2:07-20027-TD